UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-61631-AOV

DARREN ANDRE SAUNDERS,

    Plaintiff,

vs.

FONTAINEBLEAU DEVELOPMENT, LLC
d/b/a THE BIG EASY CASINO, JEFFERY SOFFER,
BRAD DUNLAP, CLINTON FOGARTY,
BRIAN LEWIS, TAMMY MCARTHUR,
PMA INSURANCE COMPANY, ERICA
LASSITER, DR. MICHAEL FEANNY,
DEBRA BILODEAU,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Darren Andre Saunders and Defendants Fontainebleau Development LLC, The Big Easy Casino, Jeffrey Soffer, James Bradley Dunlap, Clinton Fogarty, Brian Lewis, and Tammy McArthur (collectively, the "Big Easy Defendants"), pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action in its entirety, with each party to bear its own attorneys' fees and costs.

Dated: ~~August~~ December 16, 2025.

Respectfully submitted,

Darren Andre Saunders
DASPROMARK@yahoo.com
19001 NW 24th Avenue
Miami Gardens, Florida 33056
Telephone: 786.259.2219

*Plaintiff Pro-Se*

Respectfully submitted,

s/
Christopher P. Hammon
chris.hammon@ogletree.com
Florida Bar No. 176753
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Boulevard, Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile:  305.374.0456

*Counsel for Defendants, Fontainebleau Development LLC, The Big Easy Casino, Jeffrey Soffer, James Bradley Dunlap, Clinton Fogarty, Brian Lewis, and Tammy McArthur*

2