

FILED BY_____ D.C.

JAN 27 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# U.S. District Court

## Southern District of Florida (Ft Lauderdale)

## CIVIL DOCKET FOR CASE#: 0:25-cv-61631-AOV

Darren Saunders,
    Complainant,

        v.

Soffer  et al,
Fontainbleau Development, LLC d/b/a,

The Big Easy Casino and PMA

Insurance Company  Agency,

(Total Orthopedic Care: Dr. Michael

Feanny (doctor) Debra Bilodeau (C.E.O.)

    )
    )
    )
    )   Case Name : Saunders v. Soffer et al
    )   Case No. 0:25-cv-61631-AOV
    )
    )
    )
    )   Date: ___01/ 2 /2026___
    )
    )

Saunders v. Soffer et al

Assigned to: Magistrate Judge Alicia O. Valle

Cause: 42:2000e Job Discrimination (Employment)

Date filed: 08/12/2025

Jury Demand: Plaintiff

Nature of Suit: 445 Civil Rights:

Americans with Disabilities – Employment

Jurisdiction: Federal Question

## COMPLAINANT DARREN ANDRE SAUNDERS MOTION FOR CASE WITHDRAWAL:

I.    Complainant Darren A. Saunders respectfully moves for a withdrawal on his claim as complainant was discriminated against while being on worker's comp leading to a malpractice PRP injection shot procedure performed incorrectly causing some nerve damage.  The BIG EASY CASINO and the employer's worker's comp affiliates PMA Companies, (Total Orthopedic Care), intentionally caused injury to the Complainant because of failure to obtain informed consent, due to the fact complainant is an African American male, (54 years of age), with

partial disabilities, due to a work-related injury involving complainant having left-knee surgery for a torn meniscus.

II.    Complainant Darren A. Saunders, will pursue a more serious charge of medical battery and medical malpractice with a request for meditation with the third party (Total Orthopedic Care) associates Dr. Michael Feanny  (Orthopedic doctor Debra Bilodeau, (Chief Executive Officer).

Respectfully submitted

Darren A. Saunders (Complainant/
Pro se Litigant)
19001 N.W. 24th Ave
Miami Gardens, Florid 33056
(786) 259-2219
Email:saundersdarren15@gmail.com